# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO


U.S. MARSHAL
District of Idaho
APR 25 2018
RECEIVED

UNITED STATES OF AMERICA
v.
JOHN ALAN MAHLER

**SEALED**
*WARRANT FOR ARREST*

CASE NUMBER: **4:18-CR-147-BLW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOHN ALAN MAHLER** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 2422(b) CHILD EXPLOITATION



United States Courts
District of Idaho
**ISSUED**
Jill Palkoner
on Apr 25, 2018 8:40 am

Jill Palkoner, Deputy Clerk
Name and Title of Issuing Officer

April 25, 2018
Date

---

**RETURN**

This warrant was received _____ and executed with the arrest of the above-named individual at _____.

_____
Signature of Arresting Officer

_____
Date of Arrest

_____
Name & Title of Arresting Officer

## SERVICE INFORMATION
*(COMPLETE APPLICABLE INFORMATION)*

| | |
|---|---|
| DEFENDANT'S NAME: | JOHN ALAN MAHLER |
| Alias(es): | |
| DEFENDANT'S STREET ADDRESS: (*or last known address if detained) | 1002 San Benito Dr. College Station, Texas 77845 |
| DEFENSE ATTORNEY: | |
| Address: | |
| Telephone No.: | |

*AGENCY and ASSISTANT U.S. ATTORNEY INFORMATION*

| | | | |
|---|---|---|---|
| INVESTIGATING AGENT: | Kris Knight | AUSA: | ANN T. WICK |
| AGENCY: | Bureau of Immigration & Customs Enforcement (ICE) | | |
| Telephone No.(s).: | (208) 535-5063 | Telephone No.: | (208) 478-4166 |

*DEFENDANT'S PERSONAL IDENTIFICATION INFORMATION*

| | | | |
|---|---|---|---|
| PLACE OF BIRTH: | | BIRTH DATE: | January 18, 1982 |
| RACE: | Caucasian | GENDER: | |
| HEIGHT: | 68 inches | WEIGHT: | 200 lbs |
| HAIR: | Brown | EYES: | Hazel |
| SSN (if applicable): | 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 | | |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: | | | |

*OTHER INFORMATION*

| | |
|---|---|
| FBI NUMBER:   or STATE ID NUMBER: | 470540EH2 |
| INS ALIEN NUMBER: | FIA#: 1DS63397 |
| LOCATION WHERE DETAINED: | 6499 (CTI) |
| COMPLETE DESCRIPTION OF AUTO: | |
| PLACE OF EMPLOYMENT: | |
| OTHER RELATED CASES: | |
| SPECIAL INSTRUCTIONS FOR MARSHALS: | |

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: JOHN ALAN MAHLER | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: U.S. COURTS | PUBLIC or SEALED: Sealed |
| | SERVICE TYPE: Warrant |
| APR 24 2018 | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: Rcvd____Filed____Time 1:20 STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO | ISSUE: Yes |
| INVESTIGATIVE AGENT: Kris Knight | INTERPRETER: No |
| Telephone No.: (208) 535-5063 | If YES, language: |
| AGENCY: Bureau of Immigration & Customs Enforcement (ICE) | |
| CASE INFORMATION: | RELATED COMPLAINT: CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: Indictment

Felony: Yes  County of Offense: Bannock
Class A Misdemeanor: ____  Estimated Trial Time: 2 days
Class B or C Misdemeanor: ____
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 2422(b) | 1 | Child Exploitation | From 10 years to life term of imprisonment and/or $250,000 fine; 5 years to life term of supervised release; $5,100 Special Assessment |

Date: 24 April 2018

Assistant U.S. Attorney: ANN T. WICK
Telephone No.: (208) 478-4166

CR-18-147 E-BLW

BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
ANN T. WICK, IDAHO STATE BAR NO. 7119
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN ALAN MAHLER,<br><br>Defendant. | Case No. CR-18-147-E-BLW<br><br>INDICTMENT<br><br>18 U.S.C. § 2422(b) |

The Grand Jury charges:

## COUNT ONE

**Child Exploitation**
18 U.S.C. § 2422(b)

On or between June 26, 2017, and October 19, 2017, in the District of Idaho and elsewhere, the defendant, JOHN ALAN MAHLER, did knowingly and intentionally use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which

INDICTMENT - 1

any person could be charged with an offense, in violation of Title 18, United States Code, Section 2422(b).

Dated this 24th day of April, 2018.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
ANN T. WICK
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 2